# EXHIBIT A

Jason H. Robinson [8075]
Andrew L. Berne [15540]
BABCOCK SCOTT & BABCOCK, P.C.
370 East South Temple, 4th Floor
Salt Lake City, Utah 84111
Telephone: (801) 531-7000
Facsimile: (801) 531-7060
jason@babcockscott.com
andrew@babcockscott.com

*Attorneys for Plaintiffs*

---

## IN THE THIRD JUDICIAL DISTRICT COURT

## SUMMIT COUNTY, STATE OF UTAH

| | |
|---|---|
| JIM & TRACY MILLAR, individuals,<br><br>          Plaintiffs,<br><br>vs.<br><br>DISTINCTIVE DESIGN & CONSTRUCTION, LLC, a South Carolina limited liability company,<br><br>          Defendant. | **COMPLAINT AND JURY DEMAND**<br><br><br>Civil No._____<br><br>Judge_____ |

Plaintiffs, Jim & Tracy Millar (collectively, the "Millars"), by and through

counsel, hereby file this Complaint and complain of Defendant Distinctive Design &

Construction, LLC ("Distinctive Design") and for cause of action allege as follows:

PARTIES

1.      The Millars own a home in Park City, Utah.

2.      Distinctive Design is, on information and belief, a South Carolina limited liability company.

3.      Distinctive Design is not registered to conduct business in the State of Utah.

4.      Distinctive Design is not licensed as a contractor in the State of Utah.

JURISDICTION AND VENUE

5.      The Millars incorporate by reference the allegations contained in the preceding paragraphs of their Complaint.

6.      Jurisdiction is proper in this Court pursuant to Utah Code § 78A-5-102, because this action involves civil matters not excepted in the Utah Constitution and not prohibited by law.

7.      Venue is proper in this Court pursuant to Utah Code §§ 78B-3-304 and 78B-3-307.

CAUSE OF ACTION

8.      The Millars incorporate by reference the allegations contained in the preceding paragraphs of their Complaint.

9.      The Millars contracted with Swingfield Design Inc. d/b/a Kent Construction ("Kent Construction") to remodel their home.

10.     Kent Construction, in turn, contracted with Distinctive Design, as a subcontractor, to furnish the services, labor, materials, and equipment (collectively, the "Work") described in that certain Subcontract Agreement dated March 10, 2020, a copy of which is attached hereto as Exhibit A (the "Agreement").

2

11.     Pursuant to the Agreement, Distinctive Design was required to complete its Work by September 15, 2021. See Agreement at ¶ 3.

12.     The September 15, 2021, completion deadline could only be extended by a written, signed change order. See Agreement at ¶ 6.

13.     Distinctive Design neither requested nor received a written, signed change order extending its completion deadline beyond September 15, 2021.

14.     On or about October 30, 2020, Distinctive Design submitted Invoice # 2009.2867, a copy of which is attached hereto as part of Exhibit B, in the amount of $120,000.00 for a "DESIGN RETAINER."

15.     On or about October 30, 2020, Kent Construction paid Distinctive Design (from money paid by the Millars) $120,000.00 by check # 8237, a copy of which is attached hereto as part of Exhibit B, to cover Distinctive Design's Invoice # 2009.2867.

16.     On or about April 9, 2021, Distinctive Design submitted Invoice # 2009.2909, a copy of which is attached hereto as part of Exhibit B, in the amount of $365,000.00 for an "ORDERING DEPOSIT" for certain construction materials identified therein.

17.     On or about April 30, 2021, Kent Construction paid Distinctive Design (from money paid by the Millars) $356,000.00 by check # 8833, a copy of which is attached hereto as part of Exhibit B, to cover Distinctive Design's Invoice # 2009.2909.

18.     The Millars, through Kent Construction, have paid Distinctive Design at least $485,000.00.

19.     Distinctive Design's shop drawings were deficient and were rejected by the Millars' architect.

20.     Distinctive Design failed to timely perform its Work and indicated that it would not meet the September 15, 2021, completion deadline. See Distinctive Design's estimated ship dates attached hereto as Exhibit C.

21.     Distinctive Design's Agreement was terminated due to Distinctive Design's deficient drawings and non-performance of its Work.

22.     Distinctive Design has not delivered any construction materials to the Millars' home including, but not limited to, the materials identified in its Invoice # 2009.2909 for which the Millars (through Kent Construction) have paid Distinctive Design $365,000.00.

23.     The only work Distinctive Design performed was to prepare some deficient shop drawings that were rejected by the Millars' architect.

24.     Kent Construction has assigned the Agreement to the Millars as provided for by the Agreement. See Agreement at ¶ 10.5. See also copy of Assignment of Subcontract Agreement attached hereto as Exhibit D.

25.     The Millars have demanded return of their $485,000.00 based upon Distinctive Design's deficient shop drawings and non-performance of its Work.

26.     Distinctive Design has failed and refused to return any money to the Millars.

27.     Distinctive Design's deficient shop drawings, failure to perform its Work, and anticipatorily missing the completion deadline constitute material breaches of the Agreement for which the Millars are entitled to recover money from Distinctive Design.

28.     The Millars have filed this lawsuit to recover the $485,000.00 they (through Kent Construction) paid to Distinctive Design and for costs of approximately $250,000.00 they have incurred in dealing with Distinctive Design's default—delays, retaining a replacement contractor, etc.

## REQUEST FOR RELIEF

WHEREFORE, the Millars request the following relief:

1.     Judgment against Distinctive Design in an amount to be proven at trial— estimated to be around $735,000.00, plus interest, attorney fees, and costs as provided for by contract and/or law.

2.     For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Utah Rule of Civil Procedure 38, the Millars hereby demand a trial by jury on all triable issues. The Millars submit herewith the required statutory jury fee.

DATED this 19th day of July, 2021.

BABCOCK SCOTT & BABCOCK, P.C.


/s/ Jason H. Robinson
Jason H. Robinson
*Attorneys for Plaintiffs*

5

<u>Exhibit A</u>

# Kent Construction                                    Millwork- Cabinetry
**PO Box 682312 ● Park City, UT  84068**
**435-649-9394-phone ● 435-645-9698 fax**
**Superintendent Cell 435-640-6358**
ashley@kentconstruction.net **Project Manager**
cheryl@kentconstruction.net **Controller**

## Subcontractor Agreement

Job Address:      **Millar Residence**
                  8001 Bald Eagle Drive
                  Park City, Utah 84060

Made as of the **10**th day of **Novem**ber, in the year of **2020**

**Between the Contractor: Swingfield Design Inc.**
                          **d.b.a. Kent Construction**

**And the Subcontractor:      **istinctive Design
                              **1460 Mossy Branch Way**
                              **Mount Pleasant, SC 29464**

The Contractor and the Subcontractor agree as forth below:
1. **Subcontractor Documents**
   The subcontractor is bound to the Contractor in accordance with the following contract documents:  Plans and Specifications by Jack Thomas Design Group and D'APOSTROPHE Design dated **10/22/2020 Rev8 and Rev8R**; Kent Construction General Terms 2016; Addendum Items & Summary of Insurance Requirements 2016; Plan for Covid-19.
2. **The Work**
   The Subcontractor shall furnish the labor, material and supervision necessary to construct or perform the work per **Distinctive Design** estimate dated **10-28-2020**
   **All labor and materials included for the following scope:**
   - **Field measuring and production of shop drawings for all cabinetry and millwork**
   - **Furnish finish samples as required**
   - **Furnish and install all cabinetry and millwork including but not limited to:**
     o **Kitchen, complete and inclusive of the Butler's Pantry and Coffee Station**
     o **Custom ski room lockers, benches and cabinets as shown and specified**
     o **All bathroom vanities as specified**
     o **Command Center as shown**
     o **Wall paneling and shelving throughout as specified and shown**
     o **Includes elevator finishes as shown and specified**
     o **All closets and closet shelving as shown and specified**
     o **All cabinetry and millwork in the guest suite**
     o **Includes all hinges, pulls, slides and hardware as necessary**
     o **Includes integrated lighting where specified (outlet/power by others)**
   - **All other items/services listed in Distinctive Designs estimate not listed in this scope of work will be included in the scope of work in this contract**

        **Total Contract Sum:**                    **$1,217,630.0**
3. **Time, Commencement and Substantial Completion**
   Millwork-Cabinetry work projected to begin **11/10/2020** and be completed by **9/15/2021**.
4. **The Contract Sum**
   4.1  Subcontractor shall be paid the sum of **$1,217,630.00** by the Contractor as and for said services described herein.  The sum shall be paid to Subcontractor on a monthly draw schedule based on percentage of completion of described services appropriately completed.  Please email invoices to **BOTH** addresses listed above.

**This agreement entered as of the day and year first written above.**

Subcontractor:                              Contractor:

By: _Bryan Reiss_____              _Ashley Greenwood_____
    46E26A6C52F541F...                      0F50A00ACA6349F...

Title: _President_____              **Title: Project Manager**

    11/11/2020                                  11/12/2020

**KENT CONSTRUCTION -   ENERAL TERMS 20**

**1. Insurance**

1.1   The Subcontractor agrees to maintain the following insurance coverage as a condition of the contract.

    A. Requirement that the subcontractor maintain adequate GL limits as follows:

        - $1,000,000 each occurrence (BI & PD)

        - $2,000,000 general aggregate that applies on a per project basis

        - $2,000,000 products / completed operations aggregate

        - $1,000      per person or organization (AI & PI)

    B. Requirement that the insured be added as an additional insured on the subcontractor's commercial general liability policy per ISO's CG-2010 (11/85) or its equivalent or a combination of CG-2010 (07/04  and CG-2037 (07/04)   ith waiver of subrogation in favor of Kent Construction.

    C. Requirement that such additional insured status by on a primary basis

    D. Requirement that the additional insured coverage include both work in process (i.e., on-going operations) and completed operations

    E. Requirement that the additional insured coverage be maintained for a period of one year.

    F. Requirement that you be given 30 days' written notice if the subcontractor's policy is cancelled

    G. Worker's Compensation insurance required limits: $500k Accident, $500k employee, $500k policy

    F. Failure of the Subcontractor to maintain complete insurance may be deemed a material breach allowing the Contractor to terminate this agreement but will not lessen the Subcontractor's liability

**2. Working Conditions**

2.1 The Subcontractor agrees to take full responsibility for safe working conditions in all areas in which he, his employees or his subcontractor's or suppliers work, and shall report within 24 hours of the start of work in each area, unsafe working conditions.  The Plan for Covid-19 will be followed as per state and OSHA guidelines. In the absence of such notice it will be presumed by the Contractor that the Subcontractor has accepted said work area site conditions as being safe thereby indemnifies and holds harmless the Contractor and Owner from all claims regarding safe working conditions.  The Subcontractor shall report within three days to the Contractor any injury to any of the Subcontractor's employees at the site.

**3. Laws, Permits, Fees and Notices**

3.1 The Subcontractor shall give all notices and comply with all laws, ordinances, rules, regulations, and orders of any public authority bearing on the manner or method of the work.  The Subcontractor shall secure and pay for all permits applicable to the Subcontractor's work and governmental fees, licenses and inspections necessary for the proper execution and completion of Subcontractor's work.

3.2 The Subcontractor understands and agrees that it is an independent contractor and that it shall be responsible for and pay any and all taxes. contributions, fees, and similar expenses imposed directly or indirectly for its work, labor, material and services required by or relating to this contract.  The Subcontractor shall comply with Federal, State, and local tax laws, social security acts, unemployment compensation acts and worker's or workmen's compensation acts insofar as applicable to the performance of this Subcontract.  Journeyman must be present in accordance with Utah law.

**4. Cleaning Up**

4.1 The Subcontractor shall be responsible for timely removal and proper disposal of all debris and rubbish occasioned or caused by his Work.  Such debris and rubbish may be placed in designated trash dumpsters if provided as a courtesy by the Contractor.  On the completion of the portions of its work, the Subcontractor shall broom clean its work areas.  If the Subcontractor fails to comply with the debris and rubbish disposal requirements and does not remedy said failure within 48 hours or receipt of a written or verbal notification of said failure, the Contractor may initiate the corrective Work at the Subcontractors expense, plus a 25% mark up.

**5. Warranty**

5.1 The Subcontractor hereby warrants, for a period of one (1) year from the date of substantial completion of the project, that the materials and equipment furnished under this Subcontract will be new unless otherwise required or permitted by the Contract Documents, and that the work will be free from defects not inherent in the quality required or permitted, and that the work will conform with the Contract Documents.  The Subcontractor shall remove, replace and /or repair at its own expense and at the convenience of the Owner, any faulty defective or improper work, materials or equipment.  The Subcontractor's warranty excludes remedy for damage or defect cause by abuse, modifications not executed by the Subcontractor, improper operation or normal wear and tear under normal usage.  This warranty shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Subcontract Documents.

**6 Changes in the Work**

6.1 Changes to the subcontract consisting of additions, deletions or other revisions must be documented on a Change Order. The Change Order must list in detail the requested change, the additional cost and any change to the schedule. **Before the additional work can commence the Owner, Contractor and Subcontractor must sign the Change Order.**   If the work is done on a time and material basis, the Subcontractor must also submit labor hours and receipts for materials with the payment application.

**7. Indemnification**

7.1 The Subcontractor shall indemnify and hold harmless the Owner, Architect and the Contractor from and against all claims, damages, losses and expense, including, but not limited to attorney's fees under this agreement, provided that any such claim, damage, loss or expense is attributable to bodily injury, sickness, disease, death or injury to, or the destruction of, tangible personal property (other than the work itself) including the loss of the use resulting therefrom the extent caused by any negligent action or omission of the Subcontractor or anyone directly or indirectly employed by the Subcontractor or anyone for whose acts the Subcontractor may be liable.

**8. Lien Waiver**

8.1 Subcontractor's endorsement of the Contractor's check acknowledges receipt of the amount of check as full payment and satisfaction for all work performed and/or materials furnished for the improvements at the property described on the face of the check, and waives all rights to mechanics and material liens therefore. Furthermore, Subcontractor acknowledges payment will be made in full from the proceeds of the Contractor's check to any sub tier or material supplier hired by payee for the improvements at the property described on the face of the check.

**9. Progress Payments**

9.1 Payment for work satisfactorily performed in accordance with the Contract Documents shall be made according to the following schedule:

A.   Invoices must be submitted to Contractor no later than the last day of the month for work performed in that month. Also include a Conditional Waiver and Release if required by the project.

B. Subcontractor will receive payment after Contractor has received payment by Lender/Owner.  An Unconditional Waiver and Release is required at the time of payment check distribution or an endorsement of the Contractor's payment check.

**10. Miscellaneous Provisions**

10.1 In no event shall this Agreement constitute an employment Agreement, and Subcontractor shall be considered only as an independent Subcontractor and not as an employee, agent, partner or joint venture of Contractor.

10.2 Any dispute relating to the interpretation or performance of this Agreement shall be resolved at the request of either party through binding arbitration in accordance with the rules of either the American Arbitration Association or the State of Utah. Judgment of any award determined by the Arbitrators may be entered in the appropriate court having jurisdiction. Arbitration decision must comply with the substantive law.

10.3 This Agreement shall be interpreted pursuant to the laws of the State of Utah.

10.4 The language in this Subcontract Agreement takes precedence over the language in Subcontractor's written proposal regardless whether the written proposal is attached hereto or not.

10.5 This contract is assignable to the owner and /or lender on the project.

10.6 Subcontractor agrees to parking regulations set by Project                  **Subcontractor initials** 

DocuSign Envelope ID: 5820A491-67E5-45A84-BA2C-3889E272B0D4

**<u>Addendum Items</u>**

**It is the Subcontractor responsibility to make sure that their employees are aware of all items below, before starting work on the job site.**

1.  Expected hours of work will be **8AM-5PM Monday-Friday.**  Extended hours available upon approval from Kent Construction.

2.  Staging area will be inside Kent Construction's designated fenced space.  Contractor must receive approval from Project Superintendent to store materials on site.

3.  Only bring the materials needed to the job site for that day's   ork. Materials for future use can be brought to the site with the approval of the Superintendent and may be stored in the staging area referenced above.

4.  All workers must get permission to park in Bald Eagle at the site and limited to one vehicle per company. All others are required to park off site, out of the gated community. If allowed to park on site workers must park on the same side of the street as the house. No parking is allowed on any other lot or driveway or off the driveway of the home. Parking is not allowed on the dirt or grass. **Fines of $500** will be enforced by Bald Eagle for anyone parking on the dirt or grass or parking on the wrong side of the road. **THESE FINES WILL BE STRICTLY ENFORCED.**

5.  Beginning July 9th. a parking permit will be issued to anyone entering Bald Eagle. This will be returned to the gate house daily.

6.  Any delivery to the site must first be scheduled with the Project Manager two days in advance and will be for a specific window to limit traffic on the road.

7.  All foot traffic is required to be directed down the provided stairs from the road down to the jobsite. No foot traffic is allowed down the driveway.

8.  Deliveries of tools, equipment and materials must first be approved before you will be allowed to use the shared driveway.

9.  Subcontractors will provide a job box for their tools and materials they want to keep secure. This is to minimize the use of trips down the shared driveway.

10. Designated portable toilets will be available for contractor use and are located within the fenced staging area.

11. Designated smoking area will be within the fenced staging area and is not allowed in the house at any time.

12. Hard hats will be required on this job once the structural demolition begins and will continue until the roof demolition is complete unless directed by the superintendent.

13. No dogs allowed or children at the job site.

14. Subcontractors ARE responsible for keeping their own work areas clean and/or organized daily. After sub work is complete, all tools and materials must be promptly removed from the jobsite.

15. Please communicate and safety issues relating to Covid -19 as per the Plan for Prevention to on site Kent Superintendent ASAP.

The cooperation and adherence to these addendum items will be greatly appreciated.

**Subcontractor initials**



SUMMARY OF INSURANCE REQUIREMENTS

Please provide the following information, so we may issue payment for your services promptly.

☐ A copy of your most recent Contractor's License.

☐ A valid Worker's Compensation Certificate/or Owner Waiver listing KENT CONSTRUCTION as the Certificate Holder.  If providing a waiver only the owner listed can work on the job.  Policy must have limits of at least….

$500,000 per accident

$500,000 per policy

$500,000 per employee

☐ A valid Liability Insurance Certificate on an occurrence basis, listing KENT CONSTRUCTION as the Certificate Holder and **additional insured with a waiver of subrogation in favor of KENT**. The additional insured coverage must include both work in progress and completed work.  Liability policy must be primary to any coverage by additional insured. The policy must have minimum limits of …

$2 mil general aggregate that applies on a per job basis
$2 mil products/completed operations aggregate
$1 mil each occurrence (BI & PD)
$1 mil personal & advertising Injury
$1 mil automobile liability, including hired/non-owned
30 days' notice must be given if the subcontractor cancels the policy
 The additional insured coverage must be in place for a period of one year.

☐ Please complete the attached W-9 (if we do not already have a current and valid W-9 form on file)

Thanks for your help.

Kent Construction

PO Box 682312

Park City, Utah 8406

435-649-9394 phone, 435-645-9698 fax

Email: cheryl@kentconstruction.net

Subcontractor initials _BR_



# DISTINCTIVE DESIGN

### PROJECT CABINETRY ESTIMATION

ESTIMATION SUBMITTED TO:                                                          October 28, 2020
JIM AND TRACY MILLAR | 8001 BALD EAGLE DRIVE

## M001 GAME ROOM BANQUETTE (AND WALL PANELING)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD-9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, CUSHION TO BE DETERMINED AND NOT INCLUDED

INVESTMENT:    $41,048

## M002 CREDENZA AND SHELF (AND WALL PANELING)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- TRADITIONAL STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $20,954

## M003 LAUNDRY SINK, CABINETS, SHELVES
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WHITE MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- TRADITIONAL PAINT ON PAINT GRADE, TBD
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $19,462

## M004 HALL CLOSET STORAGE
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- NOUVEAU (1" THICK FLAT DOOR)
FINISH- PRIME ONLY, TO BE PAINTED BY HOUSE PAINTER TO MATCH WALLS
HARDWARE- FROM STANDARD SELECTION
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $5,894

## M005 CLOSET (SHELVES ONLY)
PREMIER CUSTOM BUILT
FINISH- WD5, TRADITIONAL PAINT ON PAINT GRADE, TBD

INVESTMENT:    $1,552

## M007 CUBBIES
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WD-8 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD-8 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, INCLUDES STAINLESS LINED BOTTOMS, VENTING SYSTEMS TBD
AND NOT INCLUDED

INVESTMENT:    $77,230

## M008 BENCH (AND WALL PANELING)
PREMIER CUSTOM BUILT
FINISH- WD-8 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER
HARDWARE- TBD, HOOKS BY OTHERS; INSTALLATION INCLUDED
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, CUSHION TO BE DETERMINED AND NOT INCLUDED

INVESTMENT:    $27,378

## M009 BOOTWARMERS & CLOSET
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WD-8 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER ON CUBBIES, WHITE MELAMINE IN LOCKED
CLOSET CABINETS
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD-8 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $37,672

## M010 BEDROOM CLOSET 008A
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD-14 TRADITIONAL STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $21,670

## M011 BEDROOM CLOSET 008A
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD-14 TRADITIONAL STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $12,652

## M012 BATHROOM VANITY 008B (INCLUDES MIRROR BOX)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD-11 TRADITIONAL STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $14,276

## M013 BATHROOM CLOSET 008B
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD-11 TRADITIONAL STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, HAMPER

INVESTMENT:   $11,946

## M014 BEDROOM CLOSET 010A
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHEDFINISH- WD-14 TRADITIONAL
STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $12,400

## M015 BATHROOM VANITY 010B (INCLUDES MIRROR BOX)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD11 TRADITIONAL STAIN ON WEATHERED RIFT CUT WHITE OAK VENEER, WIRE BRUSHED
HARDWARE- HETTICH1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $14,276

DocuSign Envelope ID: 5820A491A7E5045A86DA2C3099E2732041

## M016 BEDROOM CLOSET — BUNK ROOM 007A

Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- gray melamine
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Finish- wd14 traditional stain on white wash rift cut white oak veneer
Hardware- Hettich1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $19,148

## M017 BATHROOM VANITY— BUNK ROOM 007B (includes mirror box)

Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- walnut with natural stained finish
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Shallow- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Deep- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Box Construction- fingerjointed maple with walnut accents
Drawer glides - Hettich full extension soft touch self-closing glides
Finish- wd12 traditional stain on white wash rift cut white oak veneer
Hardware- Hettich1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $13,902

## M101 KITCHEN

Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- walnut with natural stained finish
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Shallow- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Deep- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Box Construction- fingerjointed maple with walnut accents
Drawer glides - Hettich full extension soft touch self-closing glides
Finish- wd6 traditional stain on wenge veneer
Hardware- Hettich1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $38,748

## M102 ISLAND

Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- walnut with natural stained finish
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Shallow- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Deep- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Box Construction- fingerjointed maple with walnut accents
Drawer glides - Hettich full extension soft touch self-closing glides
Finish- wd6 traditional stain on wenge veneer
Hardware- Hettich1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $20,074

DocuSign Envelope ID: 5820A481B75D45A86CA2C3099E272204

## M103 KITCHEN SEATING ISLAND

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD6 TRADITIONAL STAIN ON WENGE VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $27,096

## M104 COFFEE STATION (AND WALL PANELING)

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD6 TRADITIONAL STAIN ON WENGE VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $46,524

## M105 BUTLER'S PANTRY (AND WALL PANELING)

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD6 TRADITIONAL STAIN ON WENGE VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $58,935

## M106 PANTRY CLOSET (SHELVES ONLY)

PREMIER CUSTOM BUILT
FINISH- WD5, TRADITIONAL PAINT ON PAINT GRADE, PAINT TBD

INVESTMENT:   $1,798

DocuSign Envelope ID: 5820A491-6F5D-45A86-8A2C-3D99E272B044

## M107 COMMAND CENTER (INCLUDES WALL PANELING)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $32,494

## M108 LIBRARY SHELVES & BENCH
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD15 TRADITIONAL STAIN/CERUSED ON RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $98,986

## M110  BENCH BEDROOM 109A
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
FINISH- WD14 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, CUSHION TO BE DETERMINED AND NOT INCLUDED

INVESTMENT:    $6,186

## M111  WALK IN CLOSET109c
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD5 TRADITIONAL PAINT ON PAINT GRADE W/ PAINT TBD
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:    $26,116

## M112 WALK IN CLOSET 109c
Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- walnut with natural stained finish
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Shallow- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Deep- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Box Construction- fingerjointed maple with walnut accents
Drawer glides - Hettich full extension soft touch self-closing glides
Finish- wd5 traditional paint on paint grade/ paint tbd
Hardware- Hettich 1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers
w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $26,116

## M113 BATHROOM VANITY 109B (includes mirror box)
Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- walnut with natural stained finish
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Shallow- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Deep- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Box Construction- fingerjointed maple with walnut accents
Drawer glides - Hettich full extension soft touch self-closing glides
Finish- wd7 traditional gray stain on rift cut white oak veneer
Hardware- Hettich 1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers
w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $19,306

## M114 BATHROOM VANITY 110B (included mirror box)
Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- walnut with natural stained finish
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Shallow- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Style Deep- Kiev (1" thick flat door) integrated "C" channel and backer attached
Drawer Box Construction- fingerjointed maple with walnut accents
Drawer glides - Hettich full extension soft touch self-closing glides
Finish- wd9 traditional stain on solid flat cut walnut S-1000-10
Hardware- Hettich 1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers
w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations

Investment:   $15,368

## M115 BATHROOM CLOSET 110B
Premier Custom Built
Construction Type- ¾" plywood. Frameless full overlay
Interior Finish- gray melamine
Door Style- Kiev (1" thick flat door) integrated "C" channel and backer attached
Finish- wd7 traditional gray stain on rift white oak veneer
Hardware- Hettich 1" full overlay concealed hinges, integrated "C" channel and backers on doors/drawers
w/1 1/8"" reveal between drawers/doors
Enhancements- as per architect's plans/elevations, hamper

Investment:   $10,633

1460 Mossy Branch Way   |   Mount Pleasant, SC 29464   |   P# (843) 810-3448   |   F# (843) 856-2264

## M201 ENTRY HALL EAST (WALL PANELING)
PREMIER CUSTOM BUILT
DOOR STYLE- FLAT PANEL
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $17,030 (ALLOWANCE INCLUDED FOR CURVE RADIUS/PRICE; FINAL PRICE TBD)

## M202 ENTRY HALL NORTH/WEST (WALL PANELING)
PREMIER CUSTOM BUILT
DOOR STYLE- FLAT PANEL
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $21,100

## M202 BENCH
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, CUSHION TBD AND NOT INCLUDED

INVESTMENT:   $6,650

## M203 ENTRY HALL CLOSET SOUTH (WALL PANELING)
PREMIER CUSTOM BUILT
DOOR STYLE- FLAT PANEL
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $21,300

## M203 ENTRY CLOSET (SHELVES ONLY)
PREMIER CUSTOM BUILT
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER

INVESTMENT:   $8,142

## M204 LAUNDRY CLOSET
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WHITE MELMAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- TRADITIONAL PAINT ON PAINT GRADE, TBD
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $13,796

## M205 SHELVING BEDROOM 206A (OPEN SHELF UNIT IN NICHE)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
FINISH- WD14 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER

INVESTMENT:   $14,387

## M206 HER MASTER VANITY
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $20,876

## M207 HER MASTER CLOSET
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $31,942

## M208 HIS MASTER VANITY
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $14,228

## M209 HIS MASTER CLOSET
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $30,364

DocuSign Envelope ID: 5820A4A1A6F5D45A86CA2C3089E272D04

## M210 BEDROOM CLOSET 205A
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD14 TRADITIONAL GRAY STAIN ON RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $11,982

## M211 BATHROOM VANITY 205B (INCLUDES MIRROR BOX)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD10 TRADITIONAL GRAY STAIN ON CERUSED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $11,810

## M212 BATHROOM CLOSET 205B
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD10 TRADITIONAL GRAY STAIN ON CERUSED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS, HAMPER

INVESTMENT:   $13,097

## M213 BEDROOM CLOSET 206A
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD14 TRADITIONAL STAIN ON RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $11,983

## M214 BATHROOM CLOSET 206B
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD10 TRADITIONAL GRAY STAIN ON CERUSED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $13,095

## M215 BATHROOM VANITY 206B (INCLUDES MIRROR BOX)

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT-CLOSING GLIDES
FINISH- WD10 TRADITIONAL GRAY STAIN ON CERUSED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $11,842

## M216 HIS MASTER SHELVING

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD9 TRADITIONAL STAIN ON SOLID FLAT CUT WALNUT S-1000-10
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $4,364

## M217 GARAGE CLOSET 1

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $9,942

## M217 GARAGE CLOSET 2

PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
FINISH- WD8 TRADITIONAL STAIN ON LIGHTLY SMOKED BRUSHED RIFT CUT WHITE OAK VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $6,364

## M301 GUEST CLOSET-REMOVED FROM SCOPE

1460 MOSSY BRANCH WAY   |   MOUNT PLEASANT, SC 29464   |   P# (843) 810-3448   |   F# (843) 856-2264

## M302 GUEST KITCHENETTE
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- GRAY MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD5 TRADITIONAL PAINT ON PAINT GRADE, TBD
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $13,332

## M303 GUEST CLOSET
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WHITE MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD5 TRADITIONAL PAINT ON PAINT GRADE, TBD
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $21,505

## M304 GUEST VANITY
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WHITE MELAMINE
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD5 TRADITIONAL PAINT ON PAINT GRADE, TBD
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $4,472

## GREAT ROOM BAR (NOT ON ELEVATIONS BUT ON PLAN)
PREMIER CUSTOM BUILT
CONSTRUCTION TYPE- ¾" PLYWOOD. FRAMELESS FULL OVERLAY
INTERIOR FINISH- WALNUT WITH NATURAL STAINED FINISH
DOOR STYLE- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE SHALLOW- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER STYLE DEEP- KIEV (1" THICK FLAT DOOR) INTEGRATED "C" CHANNEL AND BACKER ATTACHED
DRAWER BOX CONSTRUCTION- FINGERJOINTED MAPLE WITH WALNUT ACCENTS
DRAWER GLIDES - HETTICH FULL EXTENSION SOFT TOUCH SELF-CLOSING GLIDES
FINISH- WD6 TRADITIONAL STAIN ON WENGE VENEER
HARDWARE- HETTICH 1" FULL OVERLAY CONCEALED HINGES, INTEGRATED "C" CHANNEL AND BACKERS ON DOORS/DRAWERS
W/ 1 1/8"" REVEAL BETWEEN DRAWERS/DOORS
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $35,678

DocuSign Envelope ID: 5820A421-F750-4A84-8A2C-8099E272D011

## M018 HANG OUT ROOM PANELING

PREMIER CUSTOM BUILT
DOOR STYLE- FLAT PANEL
FINISH- WD12 TRADITIONAL STAIN ON WHITE WASH RIFT CUT WHITE OAK VENEER
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS

INVESTMENT:   $42,570

## M018 AND M019 AND M109 POWDER ROOMS (INCLUDES MIRROR BOXES)

BUILD ROUGH FRAMING SUPPORT FOR STONE AS PER ELEVATIONS. INCLUDES HIDDEN METAL SUPPORT BRACKETING AS NEEDED

INVESTMENT:   $5,251

## ELEVATOR PANELING

PREMIER CUSTOM BUILT
DOOR STYLE- FLAT PANEL
FINISH- WD7 TRADITIONAL GRAY STAIN ON RIFT WHITE OAK VENEER (VENEER LAYOUTS TBD)
ENHANCEMENTS- AS PER ARCHITECT'S PLANS/ELEVATIONS (METAL INSERTS/LED INTEGRATION TBD AND NOT INCLUDED)

INVESTMENT:   $20,688

TOTAL INVESTMENT: $1,217,630

ESTIMATE INCLUDES CABINETRY AS DRAWN/PROPOSED FOR ABOVE MENTIONED ROOMS ONLY. FINAL DESIGN DETAIL, FINISH/SPECIES/MATERIALS CHANGES AND INTEGRATED LIGHTING SPECIFICATIONS MAY CHANGE ESTIMATE AND FINAL PRICE WILL BE DETERMINED AFTER SITE MEASURE/VERIFICATION. COUNTERTOPS NOT INCLUDED IN COST AND ARE TO BE DETERMINED. HOOD/APPLIANCES ARE NOT INCLUDED IN COST AND ARE TO BE DETERMINED. OTHER PANELED ROOMS/DOORS TO BE DESIGNED/PRICED AND ARE TO BE DETERMINED.

ESTIMATE INCLUDES DELIVERY, INSTALLATION, LOCAL SALES TAX AND HARDWARE (INTEGRAL RAIL/INTEGRATED PULLS) AS SPECIFIED. INSTALLATION/SITE LABOR COST AT TIME OF INSTALL IS SUBJECT TO CHANGE AND WILL BE INVOICED OR CREDITED AS NEEDED.

ALL TRAVEL EXPENSES TO BE REIMBURSED IN FULL AND TRAVEL TIME WILL BE BILLED AT $75 PER HOUR.

RESPECTFULLY SUBMITTED,
DISTINCTIVE DESIGN
BRYAN REISS, CMKBD
PRESIDENT



# CABINETRY DESIGN RETAINER AGREEMENT

CLIENT NAME:  JIM AND TRACY MILLAR                                10-28-20

JOBSITE ADDRESS:  8001 BALD EAGLE DRIVE PARK CITY UT

TO BEST SERVE YOU, THE CLIENT; WE ASK THAT AT THIS TIME YOU REVIEW OUR DESIGN RETAINER AGREEMENT. BRYAN REISS, CMKBD WILL HELP GUIDE YOU TOWARD THE SOLUTIONS FOR YOUR SPECIFIC NEEDS AND DESIRES, REALIZING THE VAST CHOICES OF PRODUCTS AVAILABLE. A DESIGN RETAINER ENABLES YOUR DESIGN TEAM TO DEVOTE THE NECESSARY TIME IN CREATIVITY, RESEARCH AND DEVELOPMENT.

DISTINCTIVE DESIGN AGREES TO PROVIDE THE FOLLOWING:
- CONSULTATION TO CONFIRM PRODUCT SELECTIONS, ROOM LAYOUTS AND DESIGN CONCEPTS
- DETAILED FLOOR PLANS AND ELEVATIONS IN AUTOCAD
- COMPLETE JOB ESTIMATE BASED ON PRELIMINARY PRODUCT SELECTIONS AND PRELIMINARY PLANS/ELEVATIONS
- INITIAL DOOR AND COLOR SAMPLE PRODUCTION

IT SHALL BE CALCULATED AS 10% OF TOTAL ESTIMATED CABINETRY COST. THIS DESIGN RETAINER IS NON-REFUNDABLE.

**AREAS TO BE DESIGNED/INSTALLED**: AS PER ESTIMATE DATED 10-28-20

**RETAINER AMOUNT: $ 120,000**

APPROVED:_____        DATE:_____

NOTES AND COPYRIGHT NOTICE:
ESTIMATED PRICING MAY CHANGE DUE TO, INCLUDING BUT NOT LIMITED TO DESIGN/FINISH/SPECIES CHANGES, COST OF MATERIALS/LABOR/FREIGHT INCREASES, SITE CONDITIONS, ADDITIONS OR OMISSIONS. ESTIMATES ARE HONORED FOR 30 DAYS FROM DATE OF ESTIMATE AND PRICING MAY CHANGE THEREAFTER AS ABOVE MENTIONED. RETAINER AMOUNT SHALL NOT BE RETURNED, REFUNDED OR CREDITED OFF ANY EXISTING OPEN INVOICES/FUTURE INVOICES IF CLIENT DOES NOT MOVE FORWARD WITH PROJECT PAST RETAINER STAGE. IF CLIENT TERMINATES PROJECT AFTER RETAINER IS RECEIVED; WORK TO DATE WILL BE COVERED BY THE RETAINER AMOUNT AND ANY ADDITIONAL COSTS TO DISTINCTIVE DESIGN ABOVE AND BEYOND RETAINER AMOUNT SHALL BE BILLED TO CLIENT ACCORDINGLY. ALL DOCUMENTS FOR THIS PROJECT ARE CUSTOM PRODUCED BY DISTINCTIVE DESIGN (DDC) SPECIFICALLY FOR YOUR PROJECT. THESE DOCUMENTS, INCLUDING, BUT NOT LIMITED TO, DRAWINGS, SKETCHES, NOTES AND SPECIFICATIONS, AND BUDGET DOCUMENTS ARE THE COPYRIGHTED MATERIAL OF DDC UNDER THE "ARCHITECTURAL WORKS COPYRIGHT PROTECTION ACT OF 1990". THE RIGHT TO USE ANY MATERIALS PROVIDED BY DDC FOR ANY PURPOSE OTHER THAN THE ADVANCEMENT OF OUR COLLABORATIVE EFFORTS TO PRODUCE THE INTENDED DESIGN ARE STRICTLY PROHIBITED.  THIS INCLUDES, BUT IS NOT LIMITED TO, BIDDING BY OTHER CABINETRY PROVIDERS, AND THE USE IN DESIGN, CONSTRUCTION AND INSTALLATION OF THE CABINETRY BY OTHER SUBCONTRACTORS.  VIOLATIONS OF THIS AGREEMENT WILL RESULT IN A SPECIFICATION PREPARATION FEE, IN ADDITION TO THE RETAINER FEE, EQUAL TO THE SPECIFIED RETAINER AMOUNT.

**UTAH CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT**

Property Name: _____Millar Residence_____

Property Location: _____8001 Bald Eagle Drive, Park City, UT  84060_____

Undersigned's Customer: _____James and Tracy Millar_____

Invoice/Payment Application Number:

Payment Amount: _____

Payment Period: _____

To the extent provided below, this document becomes effective to release and the undersigned is considered to waive any notice of lien or right under Utah Code Ann., Title 38, Chapter 1, Mechanics' Liens, or any bond right under Utah Code Ann., Title 14, Contractors Bonds, or Section 63-56-504 related to payment rights the undersigned has on the above described Property once:

> (1) the undersigned endorses a check in the above referenced Payment Amount payable to the undersigned; and

> (2) the check is paid by the depository institution on which it is drawn.

This waiver and release applies to a progress payment for the work, materials, equipment, or a combination of work, materials, and equipment furnished by the undersigned to the Property or to the Undersigned's Customer which are the subject of the Invoice or Payment Application, but only to the extent of the Payment Amount.

This waiver and release does not apply to any retention withheld; any items, modifications, or changes pending approval; disputed items and claims; or items furnished or invoiced after the Payment Period.

The undersigned warrants that the undersigned either has already paid or will use the money the undersigned receives from this progress payment promptly to pay in full all the undersigned's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or combination of work, materials, and equipment that are the subject of this waiver and release.

Dated: _____

_____ _

(Company Name)

By:_____

Its:_____

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

**6** City, state, and ZIP code

**7** List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**or**

**Employer identification number**

[ ][ ] – [ ][ ][ ][ ][ ][ ][ ]

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| **Sign Here** | Signature of U.S. person ▶ | Date ▶ |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding.* See *What is backup withholding?* on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

# Plan for COVID-19
# Exposure Prevention, Preparedness, and Response
****

**Kent Construction** (hereinafter "Company") takes the health and safety of our employees very seriously. With the spread of the coronavirus or "COVID-19," a respiratory disease caused by the SARS-CoV-2 virus, the Company must remain vigilant in mitigating the outbreak. The Company is a proud part of the construction industry, which many have deemed "essential" during this Declared National Emergency. In order to be safe and maintain operations, we have developed this COVID-19 Exposure Prevention, Preparedness, and Response Plan to be implemented, to the extent feasible and appropriate, throughout the Company and at all of our jobsites. The Company has also identified a team of employees to monitor the related guidance that U.S. Center for Disease Control and Prevention ("CDC") and Occupational Safety and Health Administration ("OSHA") continue to make available.

This Plan is based on information available from the CDC and OSHA at the time of its development, and is subject to change based on further information provided by the CDC, OSHA, and other public officials. The Company may also amend this Plan based on operational needs.

## I.    Responsibilities of Managers and Supervisors

All managers and supervisors must be familiar with this Plan and be ready to answer questions from employees. Managers and supervisors must set a good example by following this Plan at all times. This involves practicing good personal hygiene and jobsite safety practices to prevent the spread of the virus. Managers and supervisors must encourage this same behavior from all employees.

## II.    Responsibilities of Employees

The Company is asking every one of our employees to help with our prevention efforts while at work. In order to minimize the spread of COVID-19 at our jobsites, everyone must play their part. As set forth below, the Company has instituted various housekeeping, social distancing, and other best practices at our jobsites. All employees must follow these. In addition, employees are expected to report to their managers or supervisors if they are experiencing signs or symptoms of COVID-19, as described below. If you have a specific question about this Plan or COVID-19, please ask your manager or supervisor. If they cannot answer the question, please contact **Job Supervisor or Cheryl Catley 435-640-3716**

OSHA and the CDC have provided the following control and preventative guidance for all workers, regardless of exposure risk:

- Frequently wash your hands with soap and water for at least 20 seconds.  When soap and running water are unavailable, use an alcohol-based hand rub with at least 60% alcohol.

- Avoid touching your eyes, nose, or mouth with unwashed hands.

- Follow appropriate respiratory etiquette, which includes covering for coughs and sneezes.

- Avoid close contact with people who are sick.

In addition, employees must familiarize themselves with the symptoms of COVID-19, which include the following:

- Coughing;

- Fever;

- Shortness of breath, difficulty breathing; and

- Early symptoms such as chills, body aches, sore throat, headache, diarrhea, nausea/vomiting, and runny nose.

If you develop a fever and symptoms of respiratory illness, such as cough or shortness of breath, DO NOT GO TO WORK and call your supervisor and healthcare provider right away.  Likewise, if you come into close contact with someone showing these symptoms, call your supervisor and healthcare provider right away.

### III.    Job Site Protective Measures

The Company has instituted the following protective measures at all jobsites.

### A.    *General Safety Policies and Rules*

- Any employee/contractor/visitor showing symptoms of COVID-19 will be asked to leave the jobsite and return home.

- Safety meetings will be by telephone, if possible.  If safety meetings are conducted in-person, attendance will be collected verbally and the foreman/superintendent will sign-in each attendee.  Attendance will not be tracked through passed-around sign-in sheets or mobile devices.  During any in-person

safety meetings, avoid gathering in groups of more than 10 people and participants must remain at least six (6) feet apart.

- Employees must avoid physical contact with others and shall direct others (co-workers/contractors/visitors) to increase personal space to at least six (6) feet, where possible. Where work trailers are used, only necessary employees should enter the trailers and all employees should maintain social distancing while inside the trailers.

- All in-person meetings will be limited. To the extent possible, meetings will be conducted by telephone.

- Employees will be encouraged to stagger breaks and lunches, if practicable, to reduce the size of any group at any one time to less than ten (10) people.

- The Company understands that due to the nature of our work, access to running water for hand washing may be impracticable. In these situations, the Company will provide, if available, alcohol-based hand sanitizers and/or wipes.

- Employees should limit the use of co-workers' tools and equipment. To the extent tools must be shared, the Company will provide alcohol-based wipes to clean tools before and after use. When cleaning tools and equipment, consult manufacturing recommendations for proper cleaning techniques and restrictions.

- The Company will divide crews/staff into two (2) groups where possible so that projects can continue working effectively in the event that one of the divided teams is required to quarantine.

- Employees are encouraged to minimize ride-sharing. While in vehicles, employees must ensure adequate ventilation.

- If practicable, each employee should use/drive the same truck or piece of equipment every shift.

- In lieu of using a common source of drinking water, such as a cooler, employees should use individual water bottles.

B.    *Workers entering Occupied Building and Homes*

- Construction and maintenance activities within occupied homes, office buildings, and other establishments, present unique hazards with regards to COVID-19 exposures. Everyone working within such establishments should evaluate the specific hazards when determining best practices related to COVID-19.

- During this work, employees must sanitize the work areas upon arrival, throughout the workday, and immediately before departure. The Company will provide alcohol-based wipes for this purpose.

- Employees should ask other occupants to keep a personal distance of six (6) feet at a minimum. Workers should wash or sanitize hands immediately before starting and after completing the work.

C.   *Job Site Visitors*

- The number of visitors to the job site, including the trailer or office, will be limited to only those necessary for the work.

- All visitors will be screened in advance of arriving on the job site. If the visitor answers "yes" to any of the following questions, he/she should not be permitted to access the jobsite:

  o   Have you been confirmed positive for COVID-19?

  o   Are you currently experiencing, or recently experienced, any acute respiratory illness symptoms such as fever, cough, or shortness of breath?

  o   Have you been in close contact with any persons who has been confirmed positive for COVID-19?

  o   Have you been in close contact with any persons who have traveled and are also exhibiting acute respiratory illness symptoms?

- Site deliveries will be permitted but should be properly coordinated in line with the employer's minimal contact and cleaning protocols. Delivery personnel should remain in their vehicles if at all possible.

D.   *Personal Protective Equipment and Work Practice Controls*

- In addition to regular PPE for workers engaged in various tasks (fall protection, hard hats, hearing protection), the Company will also provide:

  o   Gloves: Gloves should be worn at all times while on-site. The type of glove worn should be appropriate to the task. If gloves are not typically required for the task, then any type of glove is acceptable, including latex gloves. Employees should avoid sharing gloves.

  o   Eye protection: Eye protection should be worn at all times while on-site.

4

DocuSign Envelope ID: 5820A491A7F5-45A84-CA2CF3009E272D04

- o **NOTE:** The CDC is currently not recommending that healthy people wear N95 respirators to prevent the spread of COVID-19. Nevertheless, employees must wear N95 respirators if required by the work and if available.

- Due to the current shortage of N95 respirators, the following Work Practice Controls should be followed:

  - o Keep dust down by using engineering and work practice controls, specifically through the use of water delivery and dust collection systems.

  - o Limit exposure time to the extent practicable.

  - o Isolate workers in dusty operations by using a containment structure or distance to limit dust exposure to those employees who are conducting the tasks, thereby protecting nonessential workers and bystanders.

- Institute a rigorous housekeeping program to reduce dust levels on the jobsite.

---

### IV.   Job Site Cleaning and Disinfecting

---

The Company has instituted regular housekeeping practices, which include cleaning and disinfecting frequently used tools and equipment, and other elements of the work environment, where possible. Employees should regularly do the same in their assigned work areas.

- Jobsite trailers and break/lunchroom areas will be cleaned at least once per day. Employees performing cleaning will be issued proper personal protective equipment ("PPE"), such as nitrile, latex, or vinyl gloves and gowns, as recommended by the CDC.
- Any trash collected from the jobsite must be changed frequently by someone wearing nitrile, latex, or vinyl gloves.

- Any portable jobsite toilets should be cleaned by the leasing company at least twice per week and disinfected on the inside. The Company will ensure that hand sanitizer dispensers are always filled. Frequently touched items (i.e. door pulls and toilet seats) will be disinfected frequently.

- Vehicles and equipment/tools should be cleaned at least once per day and before change in operator or rider.

- OSHA has indicated that a reliable report that an employee has tested positive for COVID-19 does not typically require an employer to perform special cleaning or decontamination of work environments, unless those environments are visibly contaminated with blood or other bodily fluids.[1]  Notwithstanding this, the Company will clean those areas of the jobsite that a confirmed-positive individual may have contacted and it will do so before employees can access that work space again.

- The Company will ensure that any disinfection shall be conducted using one of the following:

  o   Common EPA-registered household disinfectant;

  o   Alcohol solution with at least 60% alcohol; or

  o   Diluted household bleach solutions (if appropriate for the surface).

- The Company will maintain Safety Data Sheets of all disinfectants used on site.

## V.    Jobsite Exposure Situations

- **Employee Exhibits COVID-19 Symptoms**

If an employee exhibits COVID-19 symptoms, the employee must remain at home until he or she is symptom free for 72 hours (3 full days) without the use of fever-reducing or other symptom-altering medicines (e.g., cough suppressants).  The Company will similarly require an employee who reports to work with symptoms to return home until he or she is symptom free for 72 hours (3 full days).  To the extent practical, employees are required to obtain a doctor's note clearing them to return to work.

- **Employee Tests Positive for COVID-19**

An employee who tests positive for COVID-19 will be directed to self-quarantine away from work.  Employees that test positive and are symptom free may return to work when at least seven (7) days have passed since the date of his or her first positive test, and have not had a subsequent illness.  Employees who test positive and are directed to care for themselves at home may return to work when:  (1) at least 72 hours (3 full days) have passed since recovery;[2] and (2) at least seven (7) days have passed since symptoms first appeared.  Employees who test positive and have been hospitalized may return to work when directed to

[2] Recovery is defined as: (1) resolution of fever without the use of fever-reducing medications and (2) improvement in respiratory symptoms (e.g., cough, shortness of breath).

do so by their medical care providers. The Company will require an employee to provide documentation clearing his or her return to work.

- **Employee Has Close Contact with an Individual Who Has Tested Positive for COVID-19**

Employees who have come into close contact with an individual who has tested positive for COVID-19 (co-worker or otherwise) will be directed to self-quarantine for 14 days from the last date of close contact with that individual. Close contact is defined as six (6) feet for a prolonged period of time.

If the Company learns that an employee has tested positive, the Company will conduct an investigation to determine co-workers who may have had close contact with the confirmed-positive employee in the prior 14 days and direct those individuals who have had close contact with the confirmed-positive employee to self-quarantine for 14 days from the last date of close contact with that employee. If applicable, the Company will also notify any sub-contractors, vendors/suppliers or visitors who may have had close contact with the confirmed-positive employee. If an employee learns that he or she has come into close contact with a confirmed-positive individual outside of the workplace, he/she must alert a manager or supervisor of the close contact and self-quarantine for 14 days from the last date of close contact with that individual.

## VI.   OSHA Recordkeeping

If a confirmed case of COVID-19 is reported, the Company will determine if it meets the criteria for recordability and reportability under OSHA's recordkeeping rule. OSHA requires construction employers to record work-related injuries and illnesses that meet certain severity criteria on the OSHA 300 Log, as well as complete the OSHA Form 301 (or equivalent) upon the occurrence of these injuries. For purposes of COVID-19, OSHA also requires employers to report to OSHA any work-related illness that (1) results in a fatality, or (2) results in the in-patient hospitalization of one or more employee. "In-patient" ospitalization is defined as a formal admission to the in-patient service of a hospital or clinic for care or treatment.

OSHA has made a determination that COVID-19 should *not* be excluded from coverage of the rule – like the common cold or the seasonal flu – and, thus, OSHA is considering it an "illness." However, OSHA has stated that only confirmed cases of COVID-19 should be considered an illness under the rule. Thus, if an employee simply comes to work with symptoms consistent with COVID-19 but is not a confirmed diagnosis, the recordability analysis is not necessarily triggered at that time.

If an employee has a confirmed case of COVID-19, the Company will conduct an assessment of any workplace exposures to determine if the case is work-related. Work-relatedness is

presumed for illnesses that result from events or exposures in the work environment, unless it meets certain exceptions. One of those exceptions is that the illness involves signs or symptoms that surface at work but result solely from a non-work-related event or exposure that occurs *outside* of the work environment. Thus, if an employee develops COVID-19 *solely* from an exposure outside of the work environment, it would <u>*not*</u> be work-related, and thus not recordable.

The Company's assessment will consider the work environment itself, the type of work performed, the risk of person-to-person transmission given the work environment, and other factors such as community spread. Further, if an employee has a confirmed case of COVID-19 that is considered work-related, the Company will report the case to OSHA if it results in a fatality within 30 days or an in-patient hospitalization within 24-hours of the exposure incident.

## VII. Confidentiality/Privacy

Except for circumstances in which the Company is legally required to report workplace occurrences of communicable disease, the confidentiality of all medical conditions will be maintained in accordance with applicable law and to the extent practical under the circumstances. When it is required, the number of persons who will be informed that an unnamed employee has tested positive will be kept to the minimum needed to comply with reporting requirements and to limit the potential for transmission to others. The Company reserves the right to inform other employees that an unnamed co-worker has been diagnosed with COVID-19 if the other employees might have been exposed to the disease so the employees may take measures to protect their own health. The Company also reserves the right to inform sub-contractors, vendors/suppliers or visitors that an unnamed employee has been diagnosed with COVID-19 if they might have been exposed to the disease so those individuals may take measures to protect their own health.

## III. General Questions

Given the fast-developing nature of the COVID-19 outbreak, the Company may modify this Plan on a case by case basis. If you have any questions concerning this Plan, please contact Cheryl Catley 435-640-3716

**COVID-19 Checklist for Employers and Employees**

**Know the Symptoms of COVID-19**
- Coughing, fever, shortness of breath, and difficulty breathing.
- Early symptoms may include chills, body aches, sore throat, headache, diarrhea, nausea/vomiting, and runny nose.  If you develop a fever and symptoms of respiratory illness, DO NOT GO TO WORK and call your supervisor and health-care provider immediately.  Do the same thing if you come into close contact with someone showing these symptoms.

**Employer Responsibilities**
- Develop a COVID-19 Exposure Action Plan.
- Conduct safety meetings (toolbox talks) by phone if possible.  If not, instruct employees to maintain 6-feet between each other.  The foreman/supervisor will track attendance verbally rather than having employees sign an attendance sheet.
- Access to the job site and work trailer will be limited to only those necessary for the work.
- All visitors will be pre-screened to ensure they are not exhibiting symptoms.
- Employees, contractors, and visitors will be asked to leave the jobsite and return home if they are showing symptoms.
- Provide hand sanitizer and maintain Safety Data Sheets of all disinfectants used on site.
- Provide protective equipment (PPE) to any employees assigned cleaning/disinfecting tasks.

**Employee Responsibilities**
- Become familiar with the Exposure Action Plan and follow all elements of the Plan.
- Practice good hygiene:  wash hands with soap and water for at least 20 seconds.  If these are not available, use alcohol-based hand rub with at least 60% alcohol.  Avoid touching your face, eyes, food, etc. with unwashed hands.

**Cleaning/Disinfecting Job Sites and Other Protective Measures**
- Clean and disinfect frequently used tools and equipment on a regular basis.  This includes other elements of the jobsite where possible.  Employees should regularly do the same in their assigned work areas.
- Clean shared spaces such as trailers and break/lunchrooms at least once per day.
- Disinfect shared surfaces (door handles, machinery controls, etc.) on a regular basis.
- Avoid sharing tools with co-workers.  If not, disinfect before and after each use.
- Arrange for any portable job site toilets be cleaned by the leasing company at least twice per week and disinfected on the inside.
- Trash collected from the jobsite must be changed frequently by someone wearing gloves.

**Personal Protective Equipment and Alternate Work Practice Controls**
- Provide and wear the proper PPE.
- Keep the dust down by using engineering and work practice controls, specifically through the use of water delivery and dust collection systems.

DocuSign Envelope ID: 5820A481A7E5D54A84CA2C3089E272B014

# COVID-19 Toolbox Talk

## What is COVID-19?

The novel coronavirus, COVID-19 is one of seven types of known human coronaviruses. COVID-19, like the MERS and SARS coronaviruses, likely evolved from a virus previously found in animals. The remaining known coronaviruses cause a significant percentage of colds in adults and children, and these are not a serious threat for otherwise healthy adults.

Patients with confirmed COVID-19 infection have reportedly had mild to severe respiratory illness with symptoms such as fever, cough, and shortness of breath.

According to the U.S. Department of Health and Human Services/Centers for Disease Control and Prevention ("CDC"), Chinese authorities identified an outbreak caused by a novel—or new—coronavirus. The virus can cause mild to severe respiratory illness. The outbreak began in Wuhan, Hubei Province, China, and has spread to a growing number of other countries—including the United States.

## How is COVID-19 Spread?

COVID-19, like other viruses, can spread between people. Infected people can spread COVID-19 through their respiratory secretions, especially when they cough or sneeze. According to the CDC, spread from person-to-person is most likely among close contacts (about 6 feet). Person-to-person spread is thought to occur mainly *via* respiratory droplets produced when an infected person coughs or sneezes, like influenza and other respiratory pathogens. These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs. It is currently unclear if a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or possibly their eyes.

In assessing potential hazards, employers should consider whether their workers may encounter someone infected with COVID-19 in the course of their duties. Employers should also determine if workers could be exposed to environments (e.g., worksites) or materials (e.g., laboratory samples, waste) contaminated with the virus.

Depending on the work setting, employers may also rely on identification of sick individuals who have signs, symptoms, and/or a history of travel to COVID-19-affected areas that indicate potential infection with the virus, in order to help identify exposure risks for workers and implement appropriate control measures.

There is much more to learn about the transmissibility, severity, and other features associated with COVID-19, and investigations are ongoing.

**COVID-19 Prevention and Work Practice Controls:**

<u>Worker Responsibilities</u>

- Frequently wash your hands with soap and water for at least 20 seconds. When soap and running water are unavailable, use an alcohol-based hand rub with at least 60% alcohol. Always wash hands that are visibly soiled.
- Cover your mouth and nose with a tissue when you cough or sneeze or use the inside of your elbow.
- Avoid touching your eyes, nose, or mouth with unwashed hands.
- Avoid close contact with people who are sick.
- Employees who have symptoms (i.e., fever, cough, or shortness of breath) should notify their supervisor and stay home—DO NOT GO TO WORK.
- Sick employees should follow CDC-recommended steps. Employees should not return to work until the criteria to discontinue home isolation are met, in consultation with healthcare providers and state and local health departments.

<u>General Job Site / Office Practices</u>

- Clean AND disinfect frequently touched objects and surfaces such as workstations, keyboards, telephones, handrails, and doorknobs. Dirty surfaces can be cleaned with soap and water prior to disinfection. To disinfect, use products that meet EPA's criteria for use against SARS-CoV-2, the cause of COVID-19, and are appropriate for the surface.
- Avoid using other employees' phones, desks, offices, or other work tools and equipment, when possible. If necessary, clean and disinfect them before and after use.
- Clean and disinfect frequently used tools and equipment on a regular basis.
  - This includes other elements of the jobsite where possible.
  - Employees should regularly do the same in their assigned work areas.
- Clean shared spaces such as trailers and break/lunchrooms at least once per day.
- Disinfect shared surfaces (door handles, machinery controls, etc.) on a regular basis.
- Avoid sharing tools with co-workers if it can be avoided. If not, disinfect before and after each use.
- Arrange for any portable job site toilets to be cleaned by the leasing company at least twice per week and disinfected on the inside.
- Any trash collected from the jobsite must be changed frequently by someone wearing gloves.
- In addition to regular PPE for workers engaged in various tasks (fall protection, hard hats, hearing protection), employers will also provide:
  - Gloves: Gloves should be worn at all times while on-site. The type of glove worn should be appropriate to the task. If gloves are not typically required for the task, then any type of glove is acceptable, including latex gloves. Gloves should not be shared if at all possible.
  - Eye protection: Eye protection should be worn at all times while on-site.

11

## Exhibit B



DISTINCTIVE DESIGN
1460 MOSSY BRANCH WAY
MOUNT PLEASANT, SC 29464
PHONE #    (843) 810-3448
FAX #       (843) 856-2264
WWW.DISTINCTIVEDESIGNLLC.COM

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/30/2020 | 2009.2867 |

BILL TO

KENT CONSTRUCTION
JAMIE CATLEY
PO BOX 682312
PARK CITY, UT 84068

| | TERMS |
|---|---|
| | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DESIGN RETAINER | MILLAR RESIDENCE | 120,000.00 |

THANK YOU FOR YOUR BUSINESS.

| | |
|---|---|
| SUBTOTAL | $120,000.00 |
| SALES TAX (9.0%) | $0.00 |
| TOTAL | $120,000.00 |
| PAYMENTS/CREDITS | $0.00 |
| BALANCE DUE | $120,000.00 |

paid  #8237

## WELLS FARGO

## Check Details

| | |
|---|---|
| Check Number | 8237 |
| Date Posted | 11/16/20 |
| Check Amount | $120,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender



**DISTINCTIVE DESIGN**
1460 MOSSY BRANCH WAY
MOUNT PLEASANT, SC 29464
PHONE #    (843) 810-3448
FAX #        (843) 856-2264
WWW.DISTINCTIVEDESIGNLLC.COM

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/9/2021 | 2009.2909 |

**BILL TO**

KENT CONSTRUCTION
JAMIE CATLEY
PO BOX 682312
PARK CITY, UT 84068

| | TERMS |
|--|-------|
| | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| ORDERING DEPOSIT FOR M007, M008, M009, M101, M102, M103, M104, M105, M106, M201, M202, M203, M206, M207, M208, M209 | 365,000.00 |

THANK YOU FOR YOUR BUSINESS.

| | |
|--|--|
| **SUBTOTAL** | $365,000.00 |
| **SALES TAX (9.0%)** | $0.00 |
| **TOTAL** | $365,000.00 |
| **PAYMENTS/CREDITS** | $0.00 |
| **BALANCE DUE** | $365,000.00 |

## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 8633 |
| **Date Posted** | 05/04/21 |
| **Check Amount** | $365,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

<u>Exhibit C</u>

| Distinctive Design LLC | | | | |
|---|---|---|---|---|
| Estimated Ship Date | Production Number | Dealership | Designer | Customer |
| 1/26/22 | 17424 | Distinctive Desi | Bryan Reiss | Millar - Kitchen M101 |
| 1/27/22 | 17427 | Distinctive Desi | Bryan Reiss | Millar - Island M102 |
| 1/27/22 | 17425 | Distinctive Desi | Bryan Reiss | Millar - Butlers Pantry M105 |
| 1/28/22 | 17426 | Distinctive Desi | Bryan Reiss | Millar - Coffee Station M104 |
| 1/28/22 | 17428 | Distinctive Desi | Bryan Reiss | Millar - Seating Island M103 |
| 2/17/22 | 17419 | Distinctive Desi | Bryan Reiss | Millar - Her Master Closet M207 |
| 2/17/22 | 17418 | Distinctive Desi | Bryan Reiss | Millar - Her Master Vanity M206 |
| 2/18/22 | 17421 | Distinctive Desi | Bryan Reiss | Millar - His Master Closet M209 |
| 2/18/22 | 17420 | Distinctive Desi | Bryan Reiss | Millar - His Master Vanity M208 |
| 2/18/22 | 17635 | Distinctive Desi | Bryan Reiss | Millar - M012 Lower Bath 008 |
| 2/18/22 | 17636 | Distinctive Desi | Bryan Reiss | Millar - M013 Lower Bath 008 |
| 2/18/22 | 17632 | Distinctive Desi | Bryan Reiss | Millar - M015 Lower Bath 010B |
| 2/21/22 | 17638 | Distinctive Desi | Bryan Reiss | Millar - M017 Lower Bath 007B |
| 2/21/22 | 17640 | Distinctive Desi | Bryan Reiss | Millar - M211 Upper Bath 205B |
| 2/21/22 | 17643 | Distinctive Desi | Bryan Reiss | Millar - M214 Upper Bed 206B |
| 2/21/22 | 17644 | Distinctive Desi | Bryan Reiss | Millar - M215 Upper Bath Vanity 206 |
| 2/21/22 | 17657 | Distinctive Desi | Bryan Reiss | Millar - M212 Upper Bath 205B |
| 2/21/22 | 17716 | Distinctive Desi | Bryan Reiss | Millar - M113 Bathroom 109B |
| 2/22/22 | 17840 | Distinctive Desi | Bryan Reiss | Millar - M114 Bath |
| 2/22/22 | 17841 | Distinctive Desi | Bryan Reiss | Millar - M115 Closet |
| 2/22/22 | 17950 | Distinctive Desi | Bryan Reiss | Millar - Guest Bath M304 |
| 3/29/22 | 17348 | Distinctive Desi | Bryan Reiss | Millar - Powder M019, M109 |
| 3/29/22 | 17495 | Distinctive Desi | Bryan Reiss | Millar - M20 Entry Hall CLOSET |
| 3/30/22 | 17493 | Distinctive Desi | Bryan Reiss | Millar - M201 Entry Hall DOORS |
| 3/30/22 | 17492 | Distinctive Desi | Bryan Reiss | Millar - M201 Entry Hall E. Panels |
| 3/30/22 | 17494 | Distinctive Desi | Bryan Reiss | Millar - M202 Entry Hall Bench/Pnl |
| 3/31/22 | 17540 | Distinctive Desi | Bryan Reiss | Millar - Butlers Doors-Jambs M105 |
| 4/1/22 | 17597 | Distinctive Desi | Bryan Reiss | Millar - Elavator Cabinet |
| 4/1/22 | 17599 | Distinctive Desi | Bryan Reiss | Millar - M001 Banquet |
| 4/1/22 | 17600 | Distinctive Desi | Bryan Reiss | Millar - M006 Family Room Bar |
| 4/4/22 | 17601 | Distinctive Desi | Bryan Reiss | Millar - M007 Cubbies |
| 4/4/22 | 17602 | Distinctive Desi | Bryan Reiss | Millar - M008 Bench |
| 4/12/22 | 17603 | Distinctive Desi | Bryan Reiss | Millar - M009 Boot Warmer/Closet |
| 4/12/22 | 17598 | Distinctive Desi | Bryan Reiss | Millar - M016 Pantry Closet |
| 4/12/22 | 17604 | Distinctive Desi | Bryan Reiss | Millar - M021 Massage Cabinets |
| 4/13/22 | 17596 | Distinctive Desi | Bryan Reiss | Millar - M022 Ski Closet |
| 4/13/22 | 17630 | Distinctive Desi | Bryan Reiss | Millar - M002 Lower Bedroom |
| 4/13/22 | 17633 | Distinctive Desi | Bryan Reiss | Millar - M010 Lower Bed 008 |
| 4/15/22 | 17634 | Distinctive Desi | Bryan Reiss | Millar - M011 Lower Bed 008 |
| 4/15/22 | 17631 | Distinctive Desi | Bryan Reiss | Millar - M014 Lower Bed 010A |
| 4/15/22 | 17637 | Distinctive Desi | Bryan Reiss | Millar - M016 Lower Bunk 007A |
| 4/15/22 | 17641 | Distinctive Desi | Bryan Reiss | Millar - M205 Upper Bed 206A |
| 4/15/22 | 17639 | Distinctive Desi | Bryan Reiss | Millar - M210 Upper Bed 205A |
| 4/15/22 | 17642 | Distinctive Desi | Bryan Reiss | Millar - M213 Upper Bed 206A |
| 4/18/22 | 17651 | Distinctive Desi | Bryan Reiss | Millar - Great Room Bar |
| 4/19/22 | 17668 | Distinctive Desi | Bryan Reiss | Millar - M108 Study RM 106 |
| 4/19/22 | 17715 | Distinctive Desi | Bryan Reiss | Millar - Closet M111 |
| 4/25/22 | 17714 | Distinctive Desi | Bryan Reiss | Millar - Closet M112 |
| 4/25/22 | 17921 | Distinctive Desi | Bryan Reiss | Millar - M216 M. Bed shelves |
| 4/25/22 | 17998 | Distinctive Desi | Bryan Reiss | Millar - Bedroom East M110 |
| 4/25/22 | 17993 | Distinctive Desi | Bryan Reiss | Millar - Catwalk 2 M204 |
| 4/25/22 | 17994 | Distinctive Desi | Bryan Reiss | Millar - Guest Room M303 |
| 4/25/22 | 17995 | Distinctive Desi | Bryan Reiss | Millar - Hallway M004 |
| 4/25/22 | 17997 | Distinctive Desi | Bryan Reiss | Millar - Hallway North M107 |
| 4/26/22 | 17996 | Distinctive Desi | Bryan Reiss | Millar - Laundry M003 |
| 4/26/22 | 17996 | Distinctive Desi | Bryan Reiss | Millar - Garage M217, M218 |

<u>Exhibit D</u>

## ASSIGNMENT OF SUBCONTRACT AGREEMENT

THIS ASSIGNMENT OF SUBCONTRACT AGREEMENT ("**Assignment**") is made and entered into effective as of July 19th, 2021, by and between Swingfield Design Inc. d/b/a Kent Construction ("**Assignor**") and Jim and Tracy Millar (collectively, "**Assignee**"), with reference to the following facts:

### RECITALS

A. Assignor and Distinctive Design are parties to that certain Subcontract Agreement dated November 10, 2020 ("**Subcontract Agreement**"), with regard to the Millar Residence situated at approximately 8001 Bald Eagle Drive, Park City, Utah 84060.

B. Assignor desires to assign to Assignee the rights of Assignor as "Contractor" under the Subcontract Agreement, and Assignee is willing to accept such assignment.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which isa hereby acknowledged, Assignor and Assignee agree as follows:

### AGREEMENT

1. <u>Representations</u>. Assignor represents and warrants to Assignee that (a) attached hereto as Exhibit A is a true, correct, and complete copy of the Subcontract Agreement, (b) the Assignor has not assigned or granted a security interest in the Subcontract Agreement to anyone other than Assignee, and (c) Assignor's interest in the Subcontract Agreement is not subject to any claim, setoff, lien, deduction or encumbrance of any nature, except as may be provided in such Subcontract Agreement.

2. <u>Assignment.</u> Effective as of the date hereof, Assignor hereby assigns to Assignee all of the rights, title, and interest of Assignor as "Contractor" under the Subcontract Agreement, and Assignee hereby accepts such assignment.

3. <u>Counterparts.</u> This Assignment may be executed in counterparts, which when taken together, shall constitute one and the same instrument.

IN WITNESS WHEREOF, Assignor and Assignee have executed and delivered this Assignment as of the day and year first above written.

**ASSIGNOR:**
Swingfield Design Inc.
d/b/a Kent Construction

By: _____
James J Catley, President

**ASSIGNEE:**

_____
Jim Millar

_____
Tracy Millar